FIRST WISCONSIN TRUST COMPANY and others, Respondents, vs. O'DONNELL, Appellant.

For the appellant: *Francis W. Rausch* and *Harold J. McGrath,* both of Milwaukee.

For the respondents: *Lecher, Michael, Whyte & Spohn,* attorneys, and *Herman E. Friedrich* of counsel, all of Milwaukee.

*By the Court.*—Order affirmed.

A motion for a rehearing was denied, with $25 costs, on March 7, 1939.

BANKERS FARM MORTGAGE COMPANY, Plaintiff: EMPLOYERS LIABILITY ASSURANCE CORPORATION, Appellant, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellant: *Duffy, Duffy & Hanson* of Fond du Lac.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Willard Moriarity: *Clifford C. Mullarkey* of Clintonville.

*By the Court.*—Judgment affirmed.